NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| ANTOINE WINSLETTE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D20-1052 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed September 23, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Melissa Polo,
Judge.

Antoine Winslett, pro se.


PER CURIAM.


      Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Cookshot v.

State, 846 So. 2d 604 (Fla. 4th DCA 2003).



KELLY, ATKINSON, and SMITH, JJ., Concur.